**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SAM ADAMS, individually and on                                    PLAINTIFFS
behalf of others similarly situated

v.                                            NO. 4:16CV00930 JLH

UNITED CEREBRAL PALSY OF CENTRAL
ARKANSAS, INC., d/b/a United Cerebral
Palsy of Arkansas; PAULA RADER;
and LARRY STANG                                                   DEFENDANTS

## <u>ORDER</u>

The joint motion to dismiss and for approval of settlement agreement is GRANTED.

Document #86. The settlement agreement was provided to the Court *in camera*, and the Court has

reviewed it. It appears to be fair, reasonable, and a result of an arms' length negotiation of genuine

issues of dispute. This action is therefore dismissed with prejudice.

IT IS SO ORDERED this 24th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE